IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELLE ROBERSON,

           Plaintiff,

v.

KAISER FOUNDATION HOSPITALS, et al.,

           Defendants.

NO. C04-1043 TEH

ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO SET ASIDE ENTRY OF DEFAULT

This matter is currently scheduled to come before the Court on Monday, July 11, 2005, for a case management conference; on Monday, July 25, 2005, for a hearing on Defendant Kaiser Foundation Hospitals' motion to set aside default; and on a yet-to-be-determined date for a hearing on Plaintiff's counsel's motion to withdraw. Because Plaintiff's counsel seeks to withdraw from this case, and because it appears that her second motion to do so is not totally without merit, the Court finds it would be efficient to decide that motion before moving forward with this case. Accordingly, IT IS HEREBY ORDERED that the July 11, 2005 case management conference and July 25, 2005 hearing are hereby continued to a date to be set by the Court after the Court decides Plaintiff's counsel's motion to withdraw. Plaintiff's counsel is reminded that she must re-notice her motion for August 15, 2005 or any available Monday thereafter.

**IT IS SO ORDERED.**

DATED   07/08/05                               /s/
                                                  THELTON E. HENDERSON, JUDGE
                                                  UNITED STATES DISTRICT COURT