IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE ROBERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>KAISER FOUNDATION HOSPITALS,<br>et al.,<br><br>        Defendants. | NO. C04-1043 TEH<br><br><u>ORDER IMPOSING SANCTIONS</u><br><u>ON JAYNELLE BELL</u> |

      This matter came before the Court on Monday, August 15, 2005, at 10:00 AM for an order to show cause as to why monetary or other sanctions should not be imposed against Jaynelle Bell, counsel for Plaintiff, for her inability to follow court rules and orders in this case. Ms. Bell failed to appear, and the Court's courtroom deputy phoned her office at 10:05 AM to inquire about her whereabouts. Ms. Bell answered the telephone and said that she did not have the OSC on her calendar. She informed the Court's deputy that she could be in court for an 11:30 AM appearance, and the Court therefore continued the hearing to 11:30 AM.

      Kathleen Hurly, counsel for Defendants, appeared timely at 10:00 AM. Due to Ms. Bell's inability to maintain her calendar accurately, Ms. Hurly was forced to spend an hour and a half needlessly waiting for Ms. Bell to arrive for the hearing. The Court is informed that Ms. Hurly's hourly rate is $235. Consequently, the Court HEREBY ORDERS Ms. Bell to pay $352.50 to Ms. Hurly for wasting an hour and a half of her time. The Court may, in a separate order, impose sanctions payable to the Court in addition to the $352.50 sanction payable to Ms. Hurly.

The $352.50 sanction must be paid no later than **Tuesday, August 16, 2005, at 4:00 PM.** Ms. Bell shall file proof of transmittal of payment with this Court no later than **Tuesday, August 16, 2005, at 5:00 PM.** This sanction is due solely to Ms. Bell's incompetence, and Ms. Bell shall not attempt to recover cost of this payment from her client.

**IT IS SO ORDERED.**

DATED   08/15/05

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT