United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELLE ROBERSON,

        Plaintiff,

v.

KAISER FOUNDATION HOSPITALS, et al.,

        Defendants.

NO. C04-1043 TEH

ORDER GRANTING MOTION TO SET ASIDE DEFAULT OF MELODY JAMES

      This matter comes before the Court on Defendant's Motion to Set Aside Default filed on June 8, 2005. Defendant requests that the default against Defendant Melody James be set aside because there is no evidence that Defendant James has been properly served. However, Plaintiff concedes that the filing of an amended complaint on September 22, 2005, renders moot the default entered against Defendant James for failing to respond to the first amended complaint, which was filed on April 28, 2004. Pl.'s Mem. of P. & A. in Supp. of Pl.'s Mot. for an Order to Serve Melody James by Publication at 3:21-25. Thus, no oral argument on Defendant's motion is necessary, and the Court hereby cancels the motion hearing currently scheduled for Monday, October 3, 2005. Because Plaintiff concedes that the entry of default against Defendant James is moot, the Court need not reach the merits of Defendant's motion and makes no finding regarding the sufficiency of evidence of service on Defendant James. Based on Plaintiff's concession, IT IS HEREBY ORDERED that Defendant's Motion to Set Aside Default Against Defendant James is GRANTED.

1  The Court will address Plaintiff's motion regarding service of the second amended
2  complaint on Defendant James after the parties have fully briefed the issue according to the
3  briefing schedule established by the Civil Local Rules.  Unless the Court orders otherwise,
4  Plaintiff's motion will be heard as noticed on Monday, October 31, 2005, at 10:00 AM.

**IT IS SO ORDERED.**

DATED   09/27/05

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

2