| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Dozie Ike Ezeife, CSB #165472<br>EZEIFE & ASSOCIATES<br>5801 CHRISTIE AVENUE, SUITE 350<br>EMERYVILLE, CA 94608<br>TEL. 510-595-7424<br>FAX: 510-595-7353<br>E-MAIL: ezeife@yahoo.com<br><br>Attorney for Plaintiff,<br>MICHELLE ROBERSON |

RECEIVED
06 JUN 23 PM 12: 45
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE ROBERSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HOSPITAL, ET AL,<br><br>　　　　Defendants.<br>_____/ | Case No.  C-04-01043 TEH<br><br>**SUBSTITUTION OF ATTORNEY** |

TO ALL PARTIES AND THE CLERK OF COURT:

Plaintiff, MICHELLE ROBERSON, has retained DOZIE IKE EZEIFE, ESQ. of EZEIFE & ASSOCIATES, 5801 Christie Avenue, Suite 350, Emeryville, CA 94608 as her attorneys in place of herself.

Dated: June 21, 2006

　　　　　　　　　　　　　　　　　　　　　　MICHELLE ROBERSON

Dated: June 21, 2006　　　　　　　　　　　**Respectfully submitted,**

　　　　　　　　　　　　　　　　　　　　　　**EZEIFE & ASSOCIATES**

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE
7/6/06

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Dozie Ike Ezeife, Esq.
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff