IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELLE ROBERSON,

    Plaintiff,

v.

KAISER FOUNDATION HOSPITALS, et al.,

    Defendants.

NO. C04-1043 TEH

STIPULATION AND ORDER

Whereas, Plaintiff Michelle Roberson is employed by Defendant The Permanente Medical Group, Inc., and

Whereas, during all times relevant to this action, Defendant Melody James was employed by The Permanente Medical Group, Inc., and

Whereas Defendant Kaiser Foundation Hospitals did not employ either Michelle Roberson or Melody James,

It is agreed that based on the foregoing representations, Defendant Kaiser Foundation Hospitals will be DISMISSED and in its place, Plaintiff names as a defendant her employer, The Permanente Medical Group, Inc.

_____
Kathleen Hurly
Attorney for Defendants

_____
Dozie Ezeife
Attorney for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: 8/21/06

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT