```
SEDGWICK, DETERT, MORAN & ARNOLD LLP
SHERRI K. MCELROY (Bar No. 130142)
KATHLEEN M. HURLY (Bar No. 169907)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
```

Attorneys for Defendant
THE PERMANENTE MEDICAL GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE ROBERSON,<br><br>      Plaintiff,<br><br>v.<br><br>THE PERMANENTE MEDICAL GROUP, INC., and DOES 1 THROUGH 10, INCLUSIVE,<br><br>      Defendants. | CASE NO. C04-01043 TEH<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that the above-captioned action be and hereby is dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that all parties shall bear their own costs and attorneys' fees.

DATED: 2/13, 2007

EZEIFE & ASSOCIATES

By: _____
Dozie Ezeife, Esq.
Attorneys for Plaintiff
MICHELLE ROBERSON

DATED: 2/15, 2007

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Kathleen M. Hurly
Attorneys for Defendants
KAISER FOUNDATION HOSPITALS; THE PERMANENT MEDICAL GROUP, INC.

IT IS SO ORDERED
Judge Thelton E. Henderson
02/15/07

SF/1388014v1

-1-

CASE NO. C04-01043 TEH
Stipulation of Dismissal